IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARON WELLER, :
:
        Plaintiff, :
v. : 4:17-CV-1201
: (JUDGE MARIANI)
TEXTRON, INC., et al., :
:
        Defendants. :

**ORDER**

AND NOW, THIS 29th DAY OF NOVEMBER, 2017, upon consideration of Defendant Avco Corporation's Motion to Dismiss, (Doc. 13), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Court Judge